FILED

AUG 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

| | |
|---|---|
| John Vincent Hyland, Jr., <br>   Plaintiff, | Case No. 1:06CV_____ |
| | Honorable: JUDGE:_____ |
| #228879 <br> Parnall Correction <br> 1790 Parnall, Jackson, MI 49201 | |
| -vs- | CASE NUMBER  1:06CV01439 |
| | JUDGE: Reggie B. Walton |
| John G. Roberts, Jr. <br>   Defendant. | DECK TYPE: Pro se General Civil |
| _____/ | DATE STAMP: 08/15/2006 |

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

CIVIL COMPLAINT

July 25, 2006

Respectfully submitted

John Vincent Hyland, Jr.,
Plaintiff, pro se
#228879
Parnall Correctional
1790 Parnall, Jackson, MI 49201

1

## JURISDICTION

1. This Court has jurisdiction over plaintiff's claims of VIOLATIONS OF FEDERAL CONSTITUTIONAL RIGHTS Pursuant to Title 28, U.S.C. §§ 1331, 1332, and 1343.

2. § 1331. Federal quesiton.

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

§ 1343: CIVIL RIGHTS AND ELECTIVE FRANCHISE:

(a)   (1)(2)(3)(4)

AND: "TO REDRESS THE DEPRIVATION, UNDER COLOR OF ANY STATE LAW, STATUTE, ORDINANCE, REGULATION, CUSTOM OR USAGE, OR ANY RIGHT, PRIVILEGE OR IMMUNITY SECURED BY THE CONSTITUTION OF THE UNITED STATES OR BY ANY ACT OF CONGRESS PROVIDING FOR EQUAL RIGHTS OF CITIZENS OR OF ALL PERSONS WITHIN THE JURISDICTION OF THE UNITED STATES."

3. This Court has jurisdiction over plaintiff's claims of defendant's under color of law violations of RICO statutes, U.S. Constitution, and Title 28 – JUDICIARY AND JUDICIAL PROCEDURE.

4. Plaintiff alleges that Defendant and unknown accomplices both government employees and those "conspirators" who are NOT EMPLOYED BY UNITED STATES GOVERNMENT but have **"influence"** upon defendant to unlawfully **"FIX"** their choice to fill the position of CHIEF JUSTICE of the UNITED STATES SUPREME COURT which is

contrary to Title 28.    See CAUSES OF ACTION.

4. Plaintiff alleges that two or more persons have conspired with DEFENDANT to NON-JURISDICTIONALLY "fix" the appointment of a civil person, non-judge, into the highest JUDICIAL POSITION in the United States, that of "CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT.

5. Plaintiff further alleges that defendant John G. Roberts, Jr., has acted without lawful authority whereas FEDERAL CIVIL JUDICIAL PROCEDURE and RULES, TITLE 28--JUDICIARY AND JUDICIAL PROCEDURE is violated unlawfully and attempting to place John Roberts, Jr., into the position vacated by **DEATH** of the CHIEF JUSTICE of the United States, namely Justice Rehnquist.

6. Plaintiff alleges that defendant John Roberts has conspired knowingly, willfully, maliciously, and presumed has OFFENDED "RICO" statutes whereas President George Bush has sought to UNLAWFULLY, NON-JURISDICTIONALLY "fix" the CHIEF JUSTICE position to their DICTATORIAL and CONSPIRACIES which is **CONTRARY** to the Supreme Court Rules § 3. **Vacancy in office of Chief Justice; disability**

and

> **Rule § 4. Precedence of associate justices**
> "Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age."

7. Defendant was **"CLERK"** to Chief Justice Rehnquist when the Chief Justice presided over the House of Representatives IMPEACHMENT of President William Clinton on partial <u>inculpatory</u> CONFESSION by President William Clinton when he stated to the **TRIAL COURT JURORS:**

"I DID **NOT** HAVE <u>SEX</u> with that woman."

8. But, prior to recess of the House of Representatives, President William Clinton stated:

"I LIED.  I <u>**DID HAVE SEX WITH THAT WOMAN.**</u>"

9. **AGAIN,** this was broadcasted to the **ENTIRE WORLD.**

10. **HOWEVER,** Chief Justice William Rehnquist <u>**instructed**</u> the United States Senators, **ALL 50 OF THEM:**

"What President William Jefferson Clinton did was <u>not a crime.</u>" "<u>nor was President William J. Clinton's PERJURY to the FEDERAL GRAND JURY a "CRIME."</u>

11. During this "annexing" of House of Representatives IMPEACHMENT of President William Clinton the defendant herein was **CLERK** to Chief Justice William Rehnquist, or, defendant had been the clerk to Chief Justice Rehnquist and was cognizant of the RULES OF SUPREME COURT PROCEDURES because that was his **job** and therefore that was also defendant's **duty** to be cognizant of the SUPREME COURT RULES OF PROCEDURES.

12. Plaintiff alleges that defendant **was** and **IS** fully informed and AWARE of the Supreme Court Rules of Procedure, <u>supra</u> concerning the death of a **CHIEF JUSTICE** and concerning the **SET RULES FOR SUCCESSION,** <u>supra.</u>

-3-

## CAUSES OF ACTION

FIRST CAUSE OF ACTION:

1-1. Plaintiff alleges that the EXECUTIVE and JUDICIAL powers of the President of the United States do not encompass the placement of a United States Supreme Court CHIEF JUSTICE.

1-2. The Federal CIVIL JUDICIAL PROCEDURE and RULES, Supreme Court Rules, provide exclusive authority of the Justices of the Supreme Court succession from Associate Justice to Chief Justice of the Supreme Court.

1-3. The President likewise fails to have lawful jurisdiction to DICTATE or ORDER the Supreme Court justices to decisionmaking.

1-4. The "DECISION" for the next justice to accede to CHIEF JUSTICE of the UNITED STATES SUPREME COURT rests solely and forlonly lwithin the RULES OF PRACTICE OF THE SUPREME COURT. (Exhibit)

1-5. Title 28--JUDICIARY AND JUDICIAL ROCEDURE:
1    Supreme Court Rules, page 489:
§ 3. Vacancy in office of Chief Justice; disability.

1-6. "Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."

1-7. § 4. Precedence of associate ustices., page 489.
"Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age."

1-8. 28 § 2. Terms of court. pge 489.
"The Supreme Court shall hold at the seat of government a term of court commencing on the first Monday in October of each year and mayhold such adjourned or special terms as may be necessary."

Argument # 1:   To:   FIRST CAUSE OF ACTION.

Certainly § 3. supra, ..."Whenever the Chief Justice is unable to perform his duties or the office is vacant, his powers shall devolve upon the associate justice next in precedence who is able to act...

Argument # 2:
Re: § 3. Vacancy in office of Chief Justice;
...[h]is powers and duties shall devolve upon the associate justice next in precedence who is able to act,"

-4-

SECOND CAUSE OF ACTION:

2-1. "ON-GOING" extra-judicial "conspiracies" of President George Bush with the now deceased former Chief Justice William H. Rehnquist were forms of "criminal conspiracies to do intentional harm or to do intentional "special privileges" to the Governor of the State of Florida in its last Presidential Election that CHIEF JUSTICE REHNQUIST "lobbied at the ELEVENTH and TWELFTH HOURS before the termination of certain persons of "color" who had casted PRESIDENTIAL ELECTION BALLOTS BUT WERE NOT COUNTED.

2-2. President George Bush cheated the voting of Florida where his brother is the governor and undoubtedly is a "co-conspirator" to the "fixing of casting aside the ballots submitted by qualified **VOTERS** in Florida.

2-3. No one claimed that the **voters** were unqualified.

2-4. Chief Justice Rehnquist literally knocked on doors and "criminally coerced and criminally lobbied Supreme Court Justices **INDIVIDUALLY**.
   i.e. There was **NEVER** a roll call to the bench for the Supreme Court Justices to gather as Constitutionally mandated and be presented with lawful jurisdiction before they are permitted to call even ONE issue before them.

2-5. Justices of the Supreme Court are duty-bound to define their jurisdiction before any lawful hearing may be consummated.

2-6. In the FLORIDA election many voters of color were intentionally severed from their CONSTITUTIONALLY MANDATED RIGHT TO VOTE FOR THE PERSON OF CHOICE TO OFFICE OF PRESIDENT.

Amendment XXVI [1971]
Section 1. The right of citizens of the United States, who are eighteen years of age or older, to vote **shall not be denied** or abridged by the United States or by any State on account of age."

Amendment XIV [1920]
[1] The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex."

Amendment XV [1870]
Section 1. The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude."

Amendment XIV [1868]
Section 1. ...No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny o any person within its jurisdiction the equal protection of the laws."

-5-

THIRD CAUSE OF ACTION:

3-1. United States Constitution.

3-2. Article II.

3-3. Section 2. [2] He shall have Power,...and shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the Supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law; but the Congress may by Law vest the Appointment of such inferior Officers, they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

3-2. Therefore, alleges Plaintiff, the President of the United States is POWERLESS to appoint a "CHIEF JUSTICE" in the United States Supreme Court.

3-3. U. S. Constitution. Article II, Section 2, clause [2] He shall have Power, by and with the Advice and Consent of the Senate to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, **Judges of the Supreme Court**, and all other Officers of the United States, who Appointments are not herein otherwise provided for, and which shall be established by Law; but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Head of Departments."

3-4. U. S. Constitution. Article III.
Section 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Court a Congress may from time to time ordain and establish. The judges, both of the supreme court and inferior Courts, shall hold their Office during good Behaviour, and shall, at stated Time, receive for their Services a Compensation, which shall not be diminished during their Continuance in Office."

3-5. Article VI.
[2] This Constitution, and the Law of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

3-6. Amendment IX [1791]
The enumeration in the Constitution, of certain rights,

3-6. Amendment IX [1791]
   The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the People."

   3-7. Amendment XXV [1967]
   Section 1. In the case of removal of the President from office or his death or resignation, the Vice President shall become President."

   3-8. Federal and Judicial Procedures and Rules - Title 28 - Judiciary and Judicial Procedure.
   Page 395:
   Executive powers. Authority vested in executive department of federal government to execute law. The enumerated powers of the President are provided for in Article II of the U.S. Const.

   Page 395.
   Executive order. An order or regulation issued by the President or some administrative authority under his direction for the purpose of interpreting, implementing, or giving administrative effect to a provision of the Constitution or of some law or treaty. To have effect of law, such orders must be published in the Federal Register.

FOURTH CAUSE OF ACTION:

   4-1. RULES OF COURT. Title 28, RULES OF COURTS:

   4-2. § 2072.

   4-3. 28 U.S.C. FEDERAL CIVIL JUDICIAL PROCEDURE and RULES.

   4-4. § 376. Annuities for survivors of certain judicial officials of the United States
   (a) For the purpose of this section--
   (1) "judicial official" means'
   (A) a Justice of judge of the United States, as defined by section 451 of this title;

FIFTH CAUSE OF ACTION.

    5-1. Supreme Court rule R7.2 states:
"Law clerks, Barred from ever participating in case pending during service., SC R7.2."

SIXTH CAUSE OF ACTION:
d
    6-1. Title 28, SC R7.2 Practice as attorney in Court barred for two years after separation from service."

SEVENTH CAUSE OF ACTION:

    7-1. Title 28--JUDICIARY AND JUDICIAL PROCEDURE:
Supreme Court Rules, p. 489:
§ 3. Vacancy in office of Chief Justice; disability.

    7-2. Whenever the Chief Justice is unable to perform the duties of his office <u>or the office is vacant</u>, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed <u>or another Chief Justice is appointed and duly qualified.</u>"

    7-3. § 4. Precedence of associate justices., p. 489.
"Associate justices shall have precedence according to

the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age."

    7-4. 28 § 2. Terms of court. p. 489.
"The Supreme Court shall hold at the seat of government a term of court commencing on the first Monday in October of each year and may hold such adjourned or special terms as may be necessary."

## CONCLUSION

1. Civil Rules of Procedure, Title 28, JUDICIARY AND JUDICIAL PROCEDURE provide for the filling of vacancy of Supreme Court Justice.

2. Civil Rules of Procedure, Title 28, also provide that the position of "Chief Justice" is to be decided by Civil Rules.

3. Whereas Plaintiff's pro se, CIVIL COMPLAINT is founded on grounds that neither President George Bush, nor United States SENATORS have "lawful jurisdiction" to appoint a CHIEF JUSTICE.

4. Therefore, alleges Plaintiff, this Honorable District Court of District of Columbia, having jurisdiction over the parties as employed and consistently in the neighborhood of Washington, District of Columbia, then it follows that this Honorable District Court of District of Columbia does indeed have JURISDICTION over the parties and over the subject-matter.

5. Title 28 -- JUDICIARY AND JUDICIAL PROCEDURE:

Supreme Court Rules, p. 489:

§ 3. Vacancy in office of Chief Justice: disability.:

"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."

6. Defendant John G. Roberts, Jr., does **NOT HAVE LAWFUL JURISDICTION** to disobey the Supreme Court Rules, supra.

7. Justice John Paul Stevens has superior "NEXT IN PRECEDENCE" to the office of CHIEF JUSTICE, Supreme Court.

Exhibit: Michigan Bar Journal list of SUPREME COURT JUSTICES listing next after Roberts, Justice John Paul Stevens.

-9-

8. THEREFORE, alleges Plaintiff, Justice John Paul Stevens <u>must</u> take the OFFICE of <u>Chief Justice, United States Supreme Court.</u>

9. Supreme Court Rules, § 3., and § 4. "Precedence of associate justices." <u>supra.</u>

<u>Exhibit - Michigan Bar Journal.</u>

RELIEF REQUESTED

1. Issue an ORDER to United States Senate that the September 2005 "CONFIRMATION HEARING" conducted by Judicial Committee of United States Senate acted without lawful JURISDICTION.

2. ORDER that the Supreme Court must dismiss defendant John Roberts from the position: "CHIEF JUSTICE."

3. Request the Supreme Court to follow the rules of Supreme Court, Title 28, Judiciary and Judicial Procedure, page 489:

"§ 3. Vacancy in office of Chief Justice; disability
"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."

§ 4. Precedence of associate justices
Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age."

4. ORDER that all United States Senators who voted in FAVOR of CONFIRMATION OF defendant JOHN G. ROBERTS, JR., be ordered to forfeit fifty percent (50% of gross salary) for the period of twenty four months (24 months) forthwith.

5. MONETARY award should be GRANTED to Plaintiff in the amount prayed for as:

SEVEN HUNDRED MILLION DOLLARS - ($700,000,000.00) United States Currency, and Plaintiff requests this SEVEN HUNDRED MILLION U.S. DOLLARS be awarded in the following method of EQUAL SHARES distribution to Plaintiff's children,:

Michael Hyland, Robert Hyland, Joseph Hyland, Diane Hyland, Erin Hyland, and Kate Hyland, equal shares of any and all MONETARY AWARD in this CIVIL COMPLAINT.

July 25, 2006

Respectfully submitted,
John Vincent Hyland, Jr.
Plaintiff, Pro Se