Case 1:06-cv-01439-RBW    Document 1-2    Filed 08/15/2006    Page 1 of 2

[enacting sections 1827 and 1828 of this title, amending sections 602 to 604 and 1920 of this title, enacting provisions set out as notes under section 602 of this title, and repealing a provision set out as a note under section 602 of this title] may be cited as the 'Court Interpreters Act'."

**Short Title of 1976 Amendment.** Section 1 of Pub.L. 94-583, Oct. 21, 1976, 90 Stat. 2891, provided: "That this Act [enacting sections 1330 and 1602 to 1611 of this title, amending sections 1332, 1391, and 1441 of this title, and enacting provisions set out as notes under section 1602 of this title] may be cited as the 'Foreign Sovereign Immunities Act of 1976'."

## § 2. Terms of court

The Supreme Court shall hold at the seat of government a term of court commencing on the first Monday in October of each year and may hold such adjourned or special terms as may be necessary.

REVISION NOTES

Based on title 28, U.S.C., 1940 ed., § 338 (Mar. 3, 1911, ch. 231, § 230, 36 Stat. 1156; Sept. 6, 1916, ch. 448, § 1, 39 Stat. 726).

Minor changes in phraseology were made.

## § 3. Vacancy in office of Chief Justice; disability

Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified.

REVISION NOTES

Based on title 28, U.S.C., 1940 ed., § 323 (Mar. 3, 1911, ch. 231, § 217, 36 Stat. 1152).

The sentence, "This provision shall apply to every Associate Justice who succeeds to the office of Chief Justice", was omitted as covered by last portion of revised section.

Minor changes were made in phraseology.

For seniority of commissions, see section 4 of this title.

## § 4. Precedence of associate justices

Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age.

REVISION NOTES

Based on title 28, U.S.C., 1940 ed., § 322 (Mar. 3, 1911, ch. 231, § 216, 36 Stat. 1152).

Minor changes in phraseology were made.

## § 5. Salaries of justices

The Chief Justice and each associate justice shall each receive a salary at annual rates determined under section 225 of the Federal Salary Act of 1967 (2 U.S.C. 351-361), as adjusted by section 461 of this title.

(As amended Mar. 2, 1955, c. 9, § 1(a), 69 Stat. 9; Aug. 14, 1964, Pub.L. 88-426, Title IV, § 403(a), 78 Stat. 434; Aug. 9, 1975, Pub.L. 94-82, Title II, § 205(b)(1), 89 Stat. 422.)

REVISION NOTES

Based on title 28, U.S.C., 1940 ed., § 324 (Mar. 3, 1911, ch. 231, § 218, 36 Stat. 1152; Dec. 13, 1926, ch. 6, § 1, 44 Stat. 919; July 31, 1946, ch. 704, § 1, 60 Stat. 716).

The provision "to be paid monthly" was omitted since the time of payment of salaries is a matter of administrative convenience. (See 20 Comp.Gen. 834.)

Minor changes in phraseology were made.

EDITORIAL NOTES

**Increase in Salaries.** Salaries of the Chief Justice and Associate Justices increased to $166,200, and $159,000, respectively, effective on the first day of the first applicable pay period beginning on or after Jan. 1, 1992, by Ex.Ord. No. 12786, Dec. 26, 1991, 56 F.R. 67453, set out as a note under section 5332 of Title 5, Government Organization and Employees.

Salaries of the Chief Justice and Associate Justices increased to $115,000 and $110,000, respectively, effective on the first day of the first applicable pay period beginning on or after Jan. 1, 1990, and to $124,000 and $118,600, respectively, effective on the first day of the first applicable pay period beginning on or after Jan. 31, 1990, by Ex.Ord. No. 12698, Dec. 23, 1989, 54 F.R. 53473, set out as a note under section 5332 of Title 5, Government Organization and Employees.

Salaries of the Chief Justice and Associate Justices increased to $115,000 and $110,000, respectively, effective on the first day of the first applicable pay period beginning on or after Jan. 1, 1989, by Ex.Ord. No. 12663, Jan. 6, 1989, 54 F.R. 791, set out as a note under section 5332 of Title 5, Government Organization and Employees.

Salaries of the Chief Justice and Associate Justices increased to $115,000 and $110,000, respectively, effective on the first day of the first applicable pay period beginning on or after Jan. 1, 1988, by Ex. Ord. No. 12622, Dec. 31, 1987, 53 F.R. 222, set out as a note under section 5332 of Title 5, Government Organization and Employees.

Salaries of the Chief Justice and Associate Justices increased to $111,700 and $107,200, respectively, as required by section 406 of the Judiciary Appropriation Act, 1987, as incorporated in section 101(b) of Pub.L. 99-500 and section 101(b) of Pub.L. 99-591, effective on the first day of the first applicable pay period beginning on or after Jan. 1, 1987, by Ex.Ord. No. 12578, Dec. 31, 1986, 52 F.R. 505, set out as a note under section 5332 of Title 5, Government Organization and Employees.

Salaries of the Chief Justice and Associate Justices increased to $108,400 and $104,100, respectively, effective on the first day of the first pay period beginning on or after Jan. 1, 1985, by Ex.Ord. No. 12496, Dec. 28, 1984, 50 F.R. 211, as amended by Ex.Ord. No. 12540, Dec. 30, 1985, 51 F.R. 577, set out as a note under section 5332 of Title 5, Government Organization and Employees. Prior to its amendment by Ex.Ord. No. 12540, schedule 7 of Ex.Ord. No. 12496 had contained a footnote directing that, pursuant

FILED

06 1439    AUG 1 5 2006

# FEDERAL COURTS & AGENCIES

## UNITED STATES SUPREME COURT

Supreme Court of the United States
Washington, D.C. 20543
(202) 479-3000

John G. Roberts, Jr., Chief Justice

| | |
|---|---|
| John Paul Stevens | Clarence Thomas |
| Antonin Scalia | Ruth Bader Ginsburg |
| Anthony M. Kennedy | Stephen G. Breyer |
| David H. Souter | Samuel A. Alito, Jr. |

Admn. Asst. To Chief Justice: Sally M. Rider
Clerk: William K. Suter
Marshal: Pamela Talkin
Reporter of Decisions: Frank D. Wagner
Librarian: Judith Gaskell

## UNITED STATES COURT OF APPEALS SIXTH CIRCUIT

(Kentucky, Michigan, Ohio, Tennessee)
532 Potter Stewart U.S. Courthouse, 100 E Fifth St
Cincinnati, Ohio 45202-3988
(513) 564-7000   FAX: (513) 564-7096

John Paul Stevens, Associate Justice, Washington, D.C.

### JUDGES

Danny J. Boggs, Chief Judge
  220 Gene Snyder U.S. Courthouse, 601 W Broadway, Louisville, KY 40202
Boyce F. Martin, Jr.
  209 Gene Snyder U.S. Courthouse, 601 W Broadway, Louisville, KY 40202
Alice M. Batchelder
  143 W Liberty St, Medina, OH 44256
Martha Craig Daughtrey
  300 Customs House, 701 Broadway, Nashville, TN 37203
Karen Nelson Moore
  Carl B. Stokes U.S. Courthouse, 801 Superior Ave, Ste 21A, Cleveland, OH 44113
R. Guy Cole, Jr.
  127 U.S. Courthouse, 85 Marconi Blvd, Columbus, OH 43215
Eric L. Clay
  481 U.S. Courthouse, 231 W Lafayette Blvd, Detroit, MI 48226
Ronald L. Gilman
  1176 Federal Bldg, 167 N Main St, Memphis, TN 38103
Julia Smith Gibbons
  1157 Clifford Davis Fed. Bldg, 167 North Main St, Memphis, TN 38103
John M. Rogers
  Community Trust Bank Bldg, Ste 400, 100 E Vine St, Lexington, KY 40507
Jeffrey S. Sutton
  10 W Broad, Ste 1150, Columbus, OH 43215
  Mailing address: 85 Marconi Blvd, Rm 260, Columbus, OH 43215
Deborah L. Cook
  433 U.S. Courthouse, Federal Bldg, 2 South Main St, Akron, OH 44308

### SENIOR JUDGES

David W. McKeague
  315 W Allegan, Lansing, MI 48933
Richard Allen Griffin
  13919 S West Bay Shore Dr, Ste 208, Traverse City, MI 49684
Susan Bieke Neilson
  1029 Theodore Levin U.S. Courthouse, 231 W Lafayette, Detroit, MI 48226
Damon J. Keith
  240 Theodore Levin U.S. Courthouse, 231 W Lafayette, Detroit, MI 48226
Gilbert S. Merritt
  303 Customs House, 701 Broadway, Nashville, TN 37203
Cornelia G. Kennedy
  744 Theodore Levin U.S. Courthouse, 231 W Lafayette, Detroit, MI 48226
Ralph B. Guy, Jr.
  PO Box 7910, Ann Arbor, MI 48107
  For U.P.S. or FedEx: 200 E Liberty St, Ste 226, Ann Arbor, MI 48104
David A. Nelson
  414 Potter Stewart U.S. Courthouse, 100 E 5th St, Cincinnati, OH 45202
James L. Ryan
  611 Theodore Levin U. S. Courthouse, 251 W Lafayette, Detroit, MI 48226

Alan E. Norris
  328 U.S. Courthouse, 85 Marconi Blvd, Columbus, OH 43215
Richard F. Suhrheinrich
  241 USPO & Federal Bldg, 315 W Allegan, Lansing, MI 48933
Eugene E. Siler, Jr.
  310 S Main St, Rm 333, London, KY 40741

## UNITED STATES TAX COURT

400 Second St, NW Washington, D.C. 20217
(202) 606-8754
www.ustaxcourt.gov

Joel Gerber, Chief Judge

| | |
|---|---|
| Carolyn P. Chiechi | Diane L. Kroupa |
| Mary Ann Cohen | David Laro |
| John O. Colvin | L. Paige Marvel |
| Maurice B. Foley | Stephen J. Swift |
| Joseph H. Gale | Michael B. Thornton |
| Joseph R. Goeke | Juan F. Vasquez |
| Harry A. Haines | Thomas B. Wells |
| James S. Halpern | Robert A. Wherry, Jr. |
| Mark V. Holmes | |

### SENIOR JUDGES

| | |
|---|---|
| Renato Beghe | Arthur L. Nims III |
| Herbert L. Chabot | Robert P. Ruwe |
| Howard A. Dawson, Jr. | Laurence J. Whalen |
| Julian I. Jacobs | |

### SPECIAL TRIAL JUDGES

Peter J. Panuthos, Chief Special Trial Judge

| | |
|---|---|
| Robert N. Armen, Jr. | John F. Dean |
| Lewis R. Carluzzo | Stanley J. Goldberg |
| D. Irvin Couvillion | Carleton D. Powell |

## FEDERAL JUDICIAL DISTRICTS OF MICHIGAN

### COUNTIES IN EASTERN DISTRICT

#### SOUTHERN DIVISION

| At Detroit | | At Flint |
|---|---|---|
| Jackson | Sanilac | Genesee |
| Lenawee | St. Clair | Lapeer |
| Macomb | Washtenaw | Livingston |
| Monroe | Wayne | Shiawassee |
| Oakland | | |

#### NORTHERN DIVISION

At Bay City

| | | | |
|---|---|---|---|
| Alcona | Crawford | Isabella | Otsego |
| Alpena | Gladwin | Midland | Presque Isle |
| Arenac | Gratiot | Montmorency | Roscommon |
| Bay | Huron | Ogemaw | Saginaw |
| Cheboygan | Iosco | Oscoda | Tuscola |
| Clare | | | |

### COUNTIES IN WESTERN DISTRICT

| SOUTHERN DIVISION | | | NORTHERN DIVISION | |
|---|---|---|---|---|
| At Grand Rapids: | | | At Marquette: | |
| Allegan | Gr. Traverse | Mecosta | Alger | Keweenaw |
| Antrim | Hillsdale | Missaukee | Baraga | Luce |
| Barry | Ingham | Montcalm | Chippewa | Mackinac |
| Benzie | Ionia | Muskegon | Delta | Marquette |
| Berrien | Kalamazoo | Newaygo | Dickinson | Menominee |
| Branch | Kalkaska | Oceana | Gogebic | Ontonagon |
| Calhoun | Kent | Osceola | Houghton | Schoolcraft |
| Cass | Lake | Ottawa | Iron | |
| Charlevoix | Leelanau | St. Joseph | | |
| Clinton | Manistee | Van Buren | | |
| Eaton | Mason | Wexford | | |
| Emmet | | | | |