UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,
Plaintiff,

Case No. 1:06CV01439

Honorable: JUDGE: Reggie B. Walton.

-vs-

John G. Roberts, Jr.,
and:

Reggie B. Walton,
Defendants.

RECEIVED
SEP 07 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

PLAINTIFF'S MOTION TO:

1. ADD DEFENDANT REGGIE B. WALTON.

2. REINSTATE CIVIL COMPLAINT, AB INITIO.

August 31, 2006

Respectfully submitted

John Vincent Hyland, Jr.,
Plaintiff, pro se

PLAINTIFF'S MOTION TO:

1. ADD DEFENDANT REGGIE B. WALTON.

2. REINSTATE CIVIL COMPLAINT, AB INITIO.

---

1. NOW COMES, Plaintiff, John V. Hyland, Jr., pro se, and ADDS to this docketed CIVIL COMPLAINT - JURY DEMAND:

Reggie B. Walton, CO-DEFENDANT.

2. The grounds for adding above DEFENDANT are based on inculpatory evidence of:

A. Conspicacy(ies) by Reggie B. Walton.

B. FRAUD UPON THE COURT by Reggie B. Walton.

C. Judge Reggie B. Walton's disregard of Plaintiff's MOTION FOR DISQUALIFICATION OF JUDGE REGGIE B. WALTON.

D. And favoritism toward defendant.

E. And favoritism toward defendant's legal staff.

COMPLAINT ALLEGING FRAUD UPON THE COURT, and FRAUD UPON PLAINTIFF John Vincent Hyland, Jr.,

---

NOW COMES, Plaintiff, John Vincent Hyland, Jr., and makes the above allegations justifying complaint of FRAUD UPON THE COURT <u>against</u> Judge Reggie B. Walton as regards Plaintiff, pro se, John Vincent Hyland, Jr.,

1. In docket of this court # 05-cv-01878, <u>Hyland -v- President George Bush, et seq.,</u> Judge Reggie B. Walton, defendant herein, <u>favored</u> "perjurous attorneys for defendant."

2. Judge Reggie B. Walton also dismissed that case without a hearing of the <u>"MERITS"</u> and that is a CONSTITUTIONAL violation and breech of judicial duties.

## CONCLUSION

1. Plaintiff alleges in this PLAINTIFF'S BRIEF, here and now, that Judge Reggie B. Walton, is a criminal who just has not been caught up with yet.

2. However, Plaintiff will file a complaint with the Justice Department, Federal Bureau of Investigation, Police Department District of Columbia, Secret Service, President George Bush, and several newspapers, on GROUND OF:

3. CRIMINAL INTENT whereas Judge Reggie B. Walton conspired to deprive Plaintiff of "equal application of the laws" as guaranteed in the Fourteenth Amendment, United States Constitution.

## RELIEF REQUESTED

1. Dismiss judge Reggie B. Walton from ever adjudicating anything submitted by John V. Hyland, Jr.,.

2. ORDER investigation by Washington, D.C. police department.

3. ORDER FBI investigation of these allegations made by Plaintiff, pro se, John Vincent Hyland, Jr.,

4. REINSTATE this case 1:06CV01439 and 1:05-CV-01878-RBW.

5. AWARD Plaintiff John Vincent Hyland, Jr, herein, the relief requested in CIVIL COMPLAINTS cited this page.

September, 1, 2006

Respecfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se
# 228879
1790 Parnall, Jackson, MI 49201

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,
Plaintiff,

Case No. 1:06CV01439

Honorable: JUDGE: Reggie B. Walton.

-vs-

John G. Roberts, Jr.,
and:

Reggie B. Walton,
Defendants.
/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

PLAINTIFF'S BRIEF

IN SUPPORT OF:

PLAINTIFF'S MOTION TO:

1. ADD DEFENDANT REGGIE B. WALTON.

2. REINSTATE CIVIL COMPLAINT, AB INITIO.

RECEIVED
SEP 07 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

August 31, 2006

Respective of the Court

John Vincent Hyland, Jr.,
Plaintiff, pro se
# 228879
Parnall Correctional
1790 Parnall, Jackson, MI 49201

# DOES UNITED STATES CONSTITUTION PROVIDE FOR PRESIDENTIAL SELECTION OF A REPLACEMENT FOR CHIEF JUSTICE SUPREME COURT?

Proof of Plaintiff's allegations:

Plaintiff says: NO

Defendant Does Not Defend.

Standard of Revue: Clear Legal Error - CONSTITUTION.

Jurisdiction: United States Constitution.

Supplemental jurisdiction: Title 28 - JUDICIARY AND JUDICIAL PROCEDURE - Title 28 - Chapter 1-SUPREME COURT.

§ 1. Number of Justices; quorum
The Supreme Court of the United States shall consist of a Chief Justice of the United States and eight associate justices, any six of whom shall constitute a quorum."

1. This court will please take note that Supreme Court is always capitalized first letter.

2. This Court will take notice that "Chief Justice of the United States first letter is capitalzed.

3. This Court will take notice that "eight associate justices" is **not** capitalized.

4. It is obvious that the United States Supreme Court is superior in all ways of legal matters as opposed to the "lower courts."

5. Page 489, Title 28 - supra, states:

§ 2. Terms of court
"The Supreme Court shall hold at the seat of government a term of court commencing on the first Monday in October of each year and may hold such adjourned or special terms as may be necessary."

§ 3. Vacancy in office of Chief Justice; disability.
"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."

§ 4. Precedence of associate justices
"Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age."

§ 5. Salaries of justices.
The Chief Justice and each associate justice shall each receive a salary at annual rates determined under section 225 of the Federaly Salary Act of 1967 (12 U.S.C. 351-361), as adjusted by section 461 of this title."

6. NOTE:
"Chief Justice" is capitalized in order to <u>distinguish</u> Supreme Court justices from the Chief Justice.

7. This <u>"distinction"</u> is obvious, apparent, and certainly distinguished throughout the language of Title 28 - Federal CIVIL PROCEDURE and RULES.

8. The Constitution also distinguishes Chief Justice from justices of the Supreme Court.

9. See: Constitution, Article I, Section 3., clause [6] "The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no person shall be convicted without the Concurrence of two thirds of the Members present."

10. There has NOT BEEN REPLY from defendant.

11. Defendant has NOT objected to this CIVIL COMPLAINT.

12. WHEREAS judge Reggie B. Walton, sua sponte, on his own and without notice, and without jurisdiction, and without

merit, and without NOTICE TO DEFENDANT, did feloneously deprive Plaintiff from the protection of FOURTEENTH AMENDMENT of due process of law.

13. DUE PROCESS OF LAW does not relinquish a plaintiff's RIGHT to be heard before a JURY where there is a JURY DEMAND made in the CIVIL COMPLAINT.

14. Plaintiff is in the process of obtaining name and address of proper authority to bring CRIMINAL CHARGES AGAINST Reggie B. Walton, on grounds of:

Black's Law Dictionary - Abridged Sixth Edition - page 610:

15. Larceny by extortion: (4) take or withhold action as an official, or cause an official to take or withhold action; (7) inflict any other harm which would not benefit the actor. Model Penal Code, § 223.4. See also Extortion."

16. Plaintiff alleges there is NO DIFFERENCE in THEFT by a grocer who has a sign $3.00 per pound and I pay the grocer his $3.00 for one pound but he refuses to hand over the "goods".

17. This kind of "THEFT" is no differeent than what judge REGGIE B. WALTON has done to this pro se prisoner litigant.

18. AND I COMPLAIN FURIOUSLY.

19. It makes plaintiff wonder what other COWARDICE and THIEVERY has been committed by REGGIE B. WALTON.

20. Did REGGIE B. WALTON pull a "BILL CLINTON" who got an AMBASSADOR to have BILL CLINTON admitted to CAMBRIDGE UNIVERSITY, United Kingdom where he then HID FROM ARMY DRAFT? during the ENTIRE VIET NAM battle of which inflicted many DEATHS

upon World War II veterans' children who were **NOT** COWARDLY and therefore NOT EMMULATIVE of "Bill Clinton's" **"DRAFT DODGING".**

21. Plaintiff alleges that Judge REGGIE B. WALTON is the type of ACT that BILL CLINTON is known for:

22. WILLIAM H. REHNQUIST instructed **100 United States SENATORS:**

**"PRESIDENT WILLIAM J. CLINTON IS NOT GUILTY OF HIS CONFESSION THAT HE HAD COMMITTED PERJURY TO THE FEDERAL GRAND JURY."**

**HOWEVER:**

William J. Clinton, again on World Wide television stated emphatically and emphasized by a "HEIL HITLER SALUTE: stated to the **"WORLD":**

**"I DID NOT HAVE SEX WITH THAT WOMAN."**

**but:** William J. Clinton **CONFESSED** that he

**LIED TO THE FEDERAL GRAND JURY**

which is a **HIGH FELONY** that William J. Clinton was NOT immune of PENALTIES and IMPRISONMENT.

**HOWEVER:** William H. REHNQUIST, Chief Justice of United Supreme Court **instructed the 100 SENATORS:**

**"HE IS NOT GUILTY OF PERJURY"**

Perjury - Black's Law Dictionary - Abridged Sixth Edition: page 789: **Perjury**. "A person is guilty of perjury if in any official proceeding he makes a false statement under oath or equivalent affirmation, or swears or affirms the truth of a statement previously made, when the statement is material and he does not believe it to be true. Model Penal Code, § 241.1.

See also 18 U.S.C.A. §§ 1621, 1623.

23. Plaintiff will relentlessly PURSUE the DISMISSAL of Defendant from the Office of:

CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT.

24. The past Chief Justice William H. Rehnquist also unlawfully, prejudicially, interferred, and PREMEDITATIVELY, selfishly, UNLAWFULLY, **LOBBIED** the other Supreme Court justices into defeating the CONSTITUTIONAL RIGHT of certain FLORIDA VOTERS to be forfeited at the very last few minutes of JURISDICTION late at night, near the "WITCHING HOUR".

25NOW, it appears that "AWOL" President George Bush, current president of United States of America, absconds again from WRONGS and is "blessed" by judge Reggie B. Walton and Plaintiff COMPLAINS FURIOUSLY.

and the BENEDICT ARNOLD "mirror" deceased WILLIAM H. REHNQUIST, who even had a non-conforming "SPECIAL NON-ISSUE **ROBE** tailored to "himself" emblazed with SILVER STRIPES that NO OTHER Supreme Court justice courted.

26. Defendant John G. Roberts, Jr., was Chief Justice Rehnquist's "CLERK".

27. In other words: Defendant "ROBERTS" was trained by the master dictator WILLIAM H. REHNQUIST.

28. There is an "association" here, perhaps, of other "hierarchy" sorta inherited by defendant John G. Roberts, Jr., of **LAW BREAKING and DECEPTION, and FRAUD UPON THE COURT and FRAUD UPON UNITED STATES OF AMERICA.**

29. And I <u>OBJECT FURIOUSLY.</u>

30. SO SAYS plaintiff's CIVIL COMPLAINT, JURY DEMAND, that is REQUIRED to go forward and requires defendant to <u>reply</u> or face pro se's MOTION FOR DEFAULT JUDGMENT.

31. Black's Law Dictionary - Sixth Abridged Edition - page 250: <u>Court rule</u>. "Regulations with the force of law governing practice and procedure in various courts. They may cover all procedures in a trial court system (ie.g. Federal Rules of Civil and Criminal Procedure), or govern only procedures before a specific court (ie.g. U.S. Supreme Court Rules)

See: U.S. Supreme Court Rule § 3. Vacancy in office of Chief Justice; disability

"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."

§ 4. Precedence of associate justices

Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence to seniority in age."

Page 489 - Exhibit. (AGAIN)

**COMPLAINT ALLEGING FRAUD UPON THE COURT, and FRAUD UPON PLAINTIFF John Vincent Hyland, Jr.,**

NOW COMES, Plaintiff, John Vincent Hyland, Jr., and makes the above allegations justifying complaint of FRAUD UPON THE COURT against Judge Reggie B. Walton as regards Plaintiff, pro se, John Vincent Hyland, Jr.,

1. In docket of this court # 05-cv-01878, Hyland -v- President George Bush, et seq., Judge Reggie B. Walton, defendant herein, favored "perjurous attorneys for defendant."

2. Judge Reggie B. Walton also dismissed that case without a hearing of the "MERITS" and that is a CONSTITUTIONAL violation and breech of judicial duties.

**RELIEF REQUESTED**

1. Disqualify judge REGGIE B. WALTON from ever adjudicating anything of pro se John Vincent Hyland, Jr., herein complainant.

2. REINSTATE docket #: 1:05-cv-01878 and 1:06-CV01439, FORTHWITH.

August 31, 2006

Respective of the Court

John Vincent Hyland, Jr.,
Plaintiff, pro se
Parnall Correctional
1790 Parnall, Jackson, MI 49201
#228879

August 31, 2006

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se.

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,
Plaintiff,

Case No. 1:06CV01439

Honorable: JUDGE: Reggie B. Walton.

-vs-

John G. Roberts, Jr.,
and:

Reggie B. Walton,
Defendants.
_______________________/

JURY DEMAND

PROOF OF SERVICE

NOW COMES Plaintiff, John Vincent Hyland, Jr., and swears under penalty of perjury that he served the following on September 1, 2006 to:

1. Clerk, U.S. District Court, 333 Constitution Ave., NW, Washington, D. C. 20001.

and:

Clerk, United States Supreme Court, Washington, D.C. 20543-0001

and

Clerk, Court of Appeals, 333 Constitution Ave., NW, Washington, D.C. 20001.

September 1, 2006

John Vincent Hyland, Jr.
Plaintiff, pro se
#228879
1790 Parnall, Jackson, MI 49201