UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

RECEIVED
SEP 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John Vincent Hyland, Jr.,
  Plaintiff,
#228879
Parnall Correctional
1790 Parnall, Jackson, MI 49201

Case No. 1:06CV01439

Honorable: JUDGE: Reggie B. Walton.

-vs-

John G. Roberts, Jr.
  Defendant.
Supreme Court
Washington, D.C. 20543-0001
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

AFFIDAVIT OF SERVICE

    I, John Vincent Hyland, Jr., plaintiff, pro se, hereby declare that on the 21st day of August, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to:

    John G. Roberts, Jr., defendant, c/o Clerk, Supreme Court, USA, U.S. Supreme Court, Washington, D.C. 20543-0001, and photo copy of EXPEDITED LEGAL MAIL - PRISONER, dated August 29, 2006. PRISONER, dated August 24, 2006.

    DISBURSEMENT WAS SIGNED August 29 2006 (copy)

Haines v Kerner, prisoner mail DELIVERED upon signing disbursement.
    # 7005 2570 0001 9955 3693.

September 7, 2006

                                      John Vincent Hyland, Jr.,
                                               Plaintiff, pro se
                                                      228879
                                             Parnall Correctional
                             1790 Parnall, Jackson, MI 49201

ENCL:  ORIGINAL DOMESTIC RETURN RECEIPT.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JOHN G. ROBERTS, JR
   C/O CLERK SUPREME COURT, USA
   U.S. SUPREME COURT
   WASHINGTON, D.C. 20549-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  8/29/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 2570 0001 9953 3693

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540