UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

———————————

John Vincent Hyland, Jr.,
   Plaintiff,
#228879
Pacnall Correctional
1790 Pacnall, Jackson, MI 49201

Case No. 1:06CV01439

Honorable: JUDGE: Reggie B. Walton.

-vs-

John G. Roberts, Jr.
   Defendant.
Supreme Court
Washington, D.C. 20543-0001
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

## AFFIDAVIT OF SERVICE

   I, John Vincent Hyland, Jr., plaintiff, pro se, hereby declare that on the 24th day of August, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to:

   U.S. Attorney General, DOJ, 950 Pennsylvania Ave, NW, Washington, D.C. 20530. Attached hereto is the certified green card acknowledging service, and photo copy of EXPEDITED LEGAL MAIL - PRISONER, dated August 24, 2006.

September 7, 2006

                                            John Vincent Hyland, Jr.
                                                    Plaintiff, pro se
                                                     228879
                                                 Pacnall Correctional
                              1790 Pacnall, Jackson, MI 49201

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) AUG 28 2006 \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. ATTORNEY GENERAL<br>DOJ<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7005 2570 0001 9953 3686 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540