UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN HYLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1439 (RBW) |
| | ) | |
| JOHN G. ROBERTS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On August 17, 2006, the pro se plaintiff filed a complaint against John G. Roberts, Jr., Chief Justice of the United States Supreme Court ("the defendant"), alleging that the defendant, along with, inter alia, President George W. Bush, conspired to "fix" his appointment as Chief Justice and place him unlawfully "into the highest judicial position in the United States," Complaint ("Compl.") ¶ 4 (capitalization removed); see generally Compl. at 1-3, and claiming that "the executive and judicial powers of the President of the United States do not encompass the placement of a United States Supreme Court Chief Justice," Compl. at 4 (emphases and idiosyncratic formatting removed). On August 18, 2006, the Court dismissed the plaintiff's complaint with prejudice on the grounds that this action is barred by res judicata, noting that the case is substantially identical to a complaint filed by the plaintiff in a prior case, which the Court had dismissed with prejudice on April 19, 2006, for lack of subject matter jurisdiction. No. 06-1439, slip. op. at 1 (Aug. 18, 2006) (citing Hyland v. Bush, No. 05-1878, slip op. at 7 (D.D.C. April 19, 2006)).

Currently before the Court is the Plaintiff's Motion to Add Defendant Reggie B. Walton and Reinstate Civil Complaint, Ab Initio. This motion is plainly meritless and must be denied. Moreover, it appears that the plaintiff is intent on continuing to file frivolous motions in this case and in Hyland v. Bush until he has achieved a favorable result, an impossible outcome that wastes considerable judicial resources.[1] The Court therefore summarily bars the plaintiff from filing any additional motions in connection with Civil Action Nos. 05-1878 and 06-1479 or any further complaints relating to the removal of Chief Justice Roberts from the United States Supreme Court.[2] See In re Green, 669 F.2d 779, 787 (D.C. Cir. 1981) (directing district court to enter order requiring pro se litigant to certify, when filing a civil action, "that the claims he wishes to present are new claims never before raised or disposed of on the merits by any federal court"); accord Procup v. Strickland, 792 F.2d 1069, 1074 (11th Cir. 1986) (noting that courts have "a responsibility to prevent single litigants from unnecessarily encroaching on the judicial machinery needed by others," and thus have "considerable discretion" to fashion injunctive remedies limiting the filing of frivolous litigation). The plaintiff has had a full and fair opportunity to present and litigate his claims, and therefore will not be prejudiced by the entry of this order. See Harrelson v. United States, 613 F.2d 114, 116 (5th Cir. 1980) (upholding district court's injunction preventing pro se litigant from refiling "any cause of action arising from the fact situation at issue in [that] case"). Accordingly, it is hereby

---

[1] Indeed, in his latest motion, the plaintiff asserts that he "will relentlessly pursue the dismissal of the defendant from the Office of Chief Justice of the United States Court." Plaintiff's Brief in Support of Plaintiff's Motion to Add Defendant Reggie B. Walton and Reinstate Civil Complaint, Ab Initio at 5 (emphases and idiosyncratic formatting removed).

[2] The plaintiff may, of course, file an appeal of this Court's rulings, to the extent that appeals are permitted by, and in accordance with, the Circuit Rules of the United States Court of Appeals for the District of Columbia Circuit and the Federal Rules of Appellate Procedure.

**ORDERED** that the Plaintiff's Motion to Add Defendant Reggie B. Walton and Reinstate Civil Complaint, Ab Initio is DENIED.  It is further

**ORDERED** that the plaintiff is barred from filing additional motions in connection with <u>Hyland v. Bush</u>, Civil Action No. 05-1878, and <u>Hyland v. Roberts</u>, Civil Action No. 06-1439.  It is further

**ORDERED** that the plaintiff is barred from filing future complaints relating to the removal of Chief Justice Roberts from the United States Supreme Court.

**SO ORDERED** this 19th day of September, 2006.

    REGGIE B. WALTON
    United States District Judge