UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John Vincent Hyland, Jr.,
   Plaintiff,
#228879
Pacnall Correctional
1790 Pacnall, Jackson, MI 49201

Case No. 1:06CV01439

Honorable: JUDGE: Reggie B. Walton.

-vs-

John G. Roberts, Jr.
   Defendant.
Supreme Court
Washington, D.C. 20543-0001
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

AFFIDAVIT OF SERVICE

I, John Vincent Hyland, Jr., plaintiff, pro se, hereby declares that on the 21ST DAY OF AUGUST, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to:

U.S. ATTORNEY, 501 3RD STREET, NW, WASHINGTON, D.C. 20001.

# 7005 2570 0001 9955 3709 ATTACHED HEREIN.

September 13, 2006

John Vincent Hyland, Jr.,
Plaintiff, pro se
228879
Pacnall Correctional
1790 Pacnall, Jackson, MI 49201

ENCL: ORIGINAL DOMESTIC RETURN RECEIPT NUMBER:

7005 2570 0001 9955 3709.

*The mail room is negligent. For almost two weeks this PS Form 3811 was in mail room office.* JVHyld 9-14-06

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. ATTORNEY<br>501 3rd STREET, NW<br>WASHINGTON, D.C. 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>*[signature]*<br>AUG 3 0 2006<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7005 2570 0001 9953 3709 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540