AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN V. HYLAND, JR.

V.

JOHN G. ROBERTS, JR.

**SUMMONS IN A CIVIL CASE**

CASE

CASE NUMBER  1:06CV01439

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 08/15/2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530**

**RECEIVED**

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

JOHN V. HYLAND, JR.
# 228879
PARNALL CORRECTIONAL
1790 PARNALL
JACKSON, MI. 49201

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 1 5 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | October 18, 2006 |
| NAME OF SERVER (PRINT)  JOHN Hyland | TITLE  PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL - RETURN RECEIPT IS DATED OCT 16, 2006
UPON: U.S. ATTORNEY GENERAL DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON D.C. 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.  RECEIPT # 7005-2570-0001-9955-4096
U.S. POST OFFICE
DOMESTIC RETURN RECEIPT

Executed on Oct 16, 2006     _John V. Hyland_
                              Signature of Server

#228879
PARNALL CORRECTIONAL
1790 PARNALL
JACKSON MI 49201
Address of Server

RECEIVED
FEB 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. ATTORNEY GENERAL GONZAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA, NW
WASHINGTON, D.C. 20530

**COMPLETE THIS SECTION**
A. Signature
X _____
B. Received by (Printed Name)
D. Is delivery address different
   If YES, enter delivery addre

3. Service Type
   ☒ Certified Mail  ☐ Exp
   ☐ Registered     ☒ Ret
   ☐ Insured Mail   ☐ C.O

4. Restricted Delivery? (Extra

2. Article Number
(Transfer from service label)  7005-2570-0001-9955-4096

PS Form 3811, February 2004    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 63 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 185 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

Postmark Here
Hyland

Sent To _____
Street, Apt. No.; or PO Box No. _____
City, State, ZIP+4 _____

PS Form 3800, June 2002    See Reverse for Instructions
102595-02-M-1540



RECEIVED
FEB 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

