

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0001 9955 4126**
Status: **Delivered**

Your item was delivered at 4:59 am on October 26, 2006 in WASHINGTON, DC 20530. The item was signed for by A JENNINGS. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Restore Offline Details >**  (?)    **Return to USPS.com Home >**



POSTAL INSPECTORS           site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy