UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| JOHN V. HYLAND, JR., | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 06-1439 (RBW) |
| JOHN G. ROBERTS, JR., | ) | |
| Defendant. | ) | |

**ORDER**

John V. Hyland, Jr., the plaintiff in this civil suit, seeks leave to prosecute his appeal of this Court's orders entered on August 18, 2006 (D.E. No. 2), and September 19, 2006 (D.E. No. 10) in forma pauperis pursuant to 28 U.S.C. § 1915. The plaintiff's motion does not satisfy the requirement of § 1915(a) that the plaintiff "submit[] an affidavit that includes a statement of all assets such prisoner possesses [and] that the person is unable to pay such fees and give security therefor," 28 U.S.C. § 1915(a)(1), nor does he satisfy the requirement that he "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the . . . notice of appeal." Id. at § 1915(a)(2). It is therefore

**ORDERED** that the Plaintiff's Application for Leave to Appeal In Forma Pauperis is **DENIED** without prejudice.

**SO ORDERED** this 24th day of September, 2007.

                                          REGGIE B. WALTON
                                          United States District Judge