# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5144**                     **September Term, 2007**

06cv01439

**Filed On:**

John Hyland,
    Appellant

v.

John G. Roberts, Jr.,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED SEP 17 2007

CLERK

**BEFORE:**    Henderson and Griffith, Circuit Judges

## O R D E R

Upon consideration of the Clerk's order to show cause, filed June 22, 2007, why this appeal should not be dismissed as untimely, and the response and supplements thereto, it is

**ORDERED** that the order to show cause be discharged. Because no separate judgment was entered dismissing the complaint, the appeal is not untimely. See Fed. R. App. P. 58(a); Pack v. Burns Int'l Security Serv., 130 F.3d 1071, 1072 (D.C. Cir. 1997).

Moreover, the document captioned "Plaintiff's Application for Leave to Appeal In Forma Pauperis," received in this court November 13, 2006, docketed by the district court as a notice of appeal from 06cv1439 on February 12, 2007, and entered on the district court docket in that case on May 4, 2007, reflected appellant's intent to appeal orders from both 05cv1878 and 06cv1439. See "notice of appeal" at 1 ¶ 3. Accordingly, the Clerk is directed to return to the district court a copy of the notice of appeal filed in 06cv1439 for opening what is also a timely appeal in 05cv1878.

**Per Curiam**