# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

COPY

| | |
|---|---|
| **No. 07-5144** | **September Term, 2007** |
| | 06cv01439 RBW |
| | Filed On: October 3, 2007 [1071507] |

John Vincent Hyland, Jr.,
    Appellant

v.

John G. Roberts, Jr.,
    Appellee

### O R D E R

Because appellant has not paid the appellate docketing fee in this case, and the district court denied appellant leave to proceed on appeal in forma pauperis on September 24, 2007, it is

**ORDERED**, on the court's own motion, that by November 2, 2007, appellant must either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in **this court** for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a). See Attachment.

Appellant's failure to comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

BY:                            Elizabeth V. Scott
                                          Deputy Clerk

Attachment: Motion for Leave to Proceed on Appeal In Forma Pauperis

Received
Mail Room
Clerk

Court of Appeals
OCT - 2007

United States Court of Appeals
District of Columbia

October 1, 2007

Court of Appeals District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

John Vincent Hyland, Jr., -vs- John G. Roberts, Jr., Court of Appeals District of Columbia, 07-5144

and

    John Vincent Hyland, Jr.,   -vs-   Bush and -vs- Roberts, 1:05-cv-01878

and:

    1:06-cv-1439   Hyland vs John G. Roberts, Jr., and Judge Reggie B. Walton.

Clerk:

I mistakenly read my MONTH financial report from the prison office and thought I had sent $250. and $300. to this Court in March or April this year 2007.

It turns out that I actually filed a "APPLICATION FOR IN FORMA PAUPERIS" statement in lieu of filing fee because at that particular time I DID NOT HAVE ENOUGH MONEY FOR FILING FEE.

However, I recently received $600. from one of my sons and $200. from a cousin.

Enclosed please find the $300. filing fee.

Respectfully,
John Vincent Hyland, Jr.,
Appellant-Petitioner-Plaintiff, prisoner, pro se.
228879
Parnall Correctioanl
1790 Parnall, Jackson, MI 49201

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616007952
Cashier ID: lwebb
Transaction Date: 11/01/2007
Payer Name: JOHN HYLAND
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: JOHN HYLAND
  Amount:         $455.00
-----------------------------------
CHECK
  Check/Money Order Num: 000506074
  Amt Tendered:   $155.00
CHECK
  Check/Money Order Num: 00505998
  Amt Tendered:   $300.00
-----------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:        $0.00

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```