# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5144**             **September Term, 2007**

06cv01439

Filed On:

John Vincent Hyland, Jr.,
    Appellant

v.

John G. Roberts, Jr.,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  SEP 2 7 2007

CLERK

**ORDER**

    It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of John Vincent Hyland, Jr.'s motion for leave to proceed on appeal in forma pauperis filed on February 12, 2007.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Deputy Clerk