# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5144**  **September Term, 2007**

06cv01439



Filed On:

John Vincent Hyland, Jr.,
    Appellant

v.

John G. Roberts, Jr.,
    Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Ginsburg, Tatel and Garland, Circuit Judges

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed August 18, 2006, and September 19, 2006, be affirmed. Appellant has failed to establish that the district court erred in dismissing his complaint with prejudice on res judicata grounds, or in denying his "motion to add defendant Reggie B. Walton and Reinstate Civil Complaint, Ab Initio," which also imposed filing restrictions on appellant.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 4/25/08
BY: _____, Deputy Clerk
ATTACHED: __ Amending Order
                __ Opinion
                __ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Michael C. McGrail
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk